## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| AL KOLICH, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | )    Case No. 08-CV-2043 JAR/KGS |
| | ) |
| UNITED PARCEL SERVICE, | ) |
| | ) |
|       Defendant. | ) |

### ORDER

    This matter is before the court upon the parties' Joint Motion for Order to Release KHRC Documents with Suggestions in Support (Doc. 17). The present motion asks the court to order the Kansas Human Rights Commission ("KHRC") to produce any and all files and documents concerning the investigation of plaintiff Al Kolich charge against defendant, Docket No. 30943-07. As the motion is joint, and has demonstrated good cause, the court will grant the motion requesting production, with minor modifications to conform to the court's standard procedure.

    **IT IS HEREBY ORDERED** that the parties' Joint Motion for Order to Release KHRC Documents with Suggestions in Support (Doc. 17) is hereby granted, with modifications as set forth hereinafter.

    **IT IS FURTHER ORDERED** that the KHRC shall produce to any party to this action, or any attorney representing such a party, a copy of its investigative file(s) pertaining to charges filed by plaintiff Al Kolich's complaint with the KHRC, except such portions thereof which may be of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff. The KHRC is ordered to allow copies of the same to be made at the expense of the party receiving such production. Should the KHRC consider that any items are of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff, copies of such items shall be forwarded

to the undersigned judge for in camera inspection within 15 days of the date of this order. A brief summary of the documents submitted to the court shall be served on all parties in this case.

      IT IS SO ORDERED.

      Dated this 19th day of May, 2008, at Topeka, Kansas.

                                   s/ K. Gary Sebelius  
                                   K. Gary Sebelius  
                                   U.S. Magistrate Judge

cc:   All counsel, KHRC